1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

| | |
|---|---|
| STEPHEN TURNER, | Case No.  1:23-cv-00210-ADA-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| MODESTO POLICE DEPARTMENT, et al., | (ECF No. 3) |
| Defendants. | |

16

17    Plaintiff Stephen Turner ("Plaintiff"), proceeding *pro se*, initiated this civil action on

18  February 13, 2023.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed

19  an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 3.)  The

20  Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

21  Notwithstanding this order, the Court does not direct that service be undertaken until the Court

22  screens the complaint in due course and issues its screening order.

23    Accordingly, IT IS HEREBY ORDERED THAT:

24    1.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is GRANTED.

25  ///

26  ///

27  ///

28  ///

1

1    2.      Service shall not be undertaken until the Court screens the complaint in due course

2            and issues its screening order.

3

4  IT IS SO ORDERED.

5  Dated:    **February 14, 2023**

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28